THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TERMINE, Appellant.— Judgment of conviction of the County Court of Kings county unani-

mously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.